AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Securities and Exchange Commission<br><br>*Plaintiff(s)*<br><br>v.<br><br>PV Enterprises, Inc., Panagiotis Villiotis, Virtual Sourcing, Inc., Norman Birmingham, Mario Faraone, and Sweet Challenge, LLC (a/k/a Sweet Challenge, Inc.),<br><br>*Defendant(s)* | Civil Action No. 16-cv-20542-RNS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PV Enterprises, Inc.
c/o Panagiotis Villiotis, President and CEO
1850 SE 17th Street, #305
Ft. Lauderdale, FL 33316
(954) 306-6242

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Edward G. Sullivan and Gregory F. Smolar, Securities and Exchange Commission,
950 E. Paces Ferry Road, NE, Suite 900, Atlanta, GA 30326

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    02/16/2016

Steven M. Larimore
Clerk of Court

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Securities and Exchange Commission | ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 16-cv-20542-RNS |
| PV Enterprises, Inc., Panagiotis Villiotis, Virtual Sourcing, Inc., Norman Birmingham, Mario Faraone, and Sweet Challenge, LLC (a/k/a Sweet Challenge, Inc.), | | |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  PV Enterprises, Inc.
c/o Richard T. Rodgers, Registered Agent
12440 Angus Drive
Laurinburg, NC 28352

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edward G. Sullivan and Gregory F. Smolar, Securities and Exchange Commission,
950 E. Paces Ferry Road, NE, Suite 900, Atlanta, GA 30326

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  02/16/2016

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Securities and Exchange Commission<br><br>*Plaintiff(s)*<br>v.<br>PV Enterprises, Inc., Panagiotis Villiotis, Virtual Sourcing, Inc., Norman Birmingham, Mario Faraone, and Sweet Challenge, LLC (a/k/a Sweet Challenge, Inc.),<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 16-cv-20542-RNS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Panagiotis Villiotis
500 Three Islands Blvd., Apt. 409
Hallandale Beach, FL 33009-2838
(954) 399-8147; (954) 478-6622

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edward G. Sullivan and Gregory F. Smolar, Securities and Exchange Commission, 950 E. Paces Ferry Road, NE, Suite 900, Atlanta, GA 30326

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 02/16/2016

Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Securities and Exchange Commission <br><br> *Plaintiff(s)* <br> v. <br> PV Enterprises, Inc., Panagiotis Villiotis, Virtual Sourcing, Inc., Norman Birmingham, Mario Faraone, and Sweet Challenge, LLC (a/k/a Sweet Challenge, Inc.), <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 16-cv-20542-RNS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Panagiotis Villiotis
PV Enterprises, Inc.
1850 SE 17th Street, #305
Ft. Lauderdale, FL 33316

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Edward G. Sullivan and Gregory F. Smolar, Securities and Exchange Commission,
950 E. Paces Ferry Road, NE, Suite 900, Atlanta, GA 30326

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    02/16/2016

Steven M. Larimore
Clerk of Court

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 16-cv-20542-RNS |
| PV Enterprises, Inc., Panagiotis Villiotis, Virtual Sourcing, Inc., Norman Birmingham, Mario Faraone, and Sweet Challenge, LLC (a/k/a Sweet Challenge, Inc.), | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Virtual Sourcing, Inc.
c/o Mario Faraone, President
1200 G Street, Suite 800
Washington, DC 20005


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edward G. Sullivan and Gregory F. Smolar, Securities and Exchange Commission,
950 E. Paces Ferry Road, NE, Suite 900, Atlanta, GA 30326

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

Date:  02/16/2016

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Securities and Exchange Commission <br><br> *Plaintiff(s)* <br> v. <br> PV Enterprises, Inc., Panagiotis Villiotis, Virtual Sourcing, Inc., Norman Birmingham, Mario Faraone, and Sweet Challenge, LLC (a/k/a Sweet Challenge, Inc.), <br> *Defendant(s)* | Civil Action No. 16-cv-20542-RNS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Virtual Sourcing, Inc.
c/o CorpDirect Agents, Inc., Registered Agent
701 S. Carson Street, Suite 200
Carson City, NV 89701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edward G. Sullivan and Gregory F. Smolar, Securities and Exchange Commission,
950 E. Paces Ferry Road, NE, Suite 900, Atlanta, GA 30326

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   02/16/2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Securities and Exchange Commission<br><br>*Plaintiff(s)*<br>v.<br>PV Enterprises, Inc., Panagiotis Villiotis, Virtual Sourcing, Inc., Norman Birmingham, Mario Faraone, and Sweet Challenge, LLC (a/k/a Sweet Challenge, Inc.),<br>*Defendant(s)* | Civil Action No. 16-cv-20542-RNS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Norman Birmingham
7124 Brandywine Way
Columbia, MD 21046-146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edward G. Sullivan and Gregory F. Smolar, Securities and Exchange Commission,
950 E. Paces Ferry Road, NE, Suite 900, Atlanta, GA 30326

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  02/16/2016

Steven M. Larimore
Clerk of Court

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Securities and Exchange Commission </br></br>*Plaintiff(s)*</br>v.</br>PV Enterprises, Inc., Panagiotis Villiotis, Virtual Sourcing, Inc., Norman Birmingham, Mario Faraone, and Sweet Challenge, LLC (a/k/a Sweet Challenge, Inc.),</br>*Defendant(s)* | )))))))))))) | Civil Action No.  16-cv-20542-RNS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Mario Faraone
3079 Richards Way Drive
Rock Hill, SC 29732-8857
(803) 421-6313 or (954) 818-3157


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Edward G. Sullivan and Gregory F. Smolar, Securities and Exchange Commission,
950 E. Paces Ferry Road, NE, Suite 900, Atlanta, GA 30326

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



Date:    02/16/2016

Steven M. Larimore
Clerk of Court

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Securities and Exchange Commission<br><br>*Plaintiff(s)*<br>v.<br><br>PV Enterprises, Inc., Panagiotis Villiotis, Virtual Sourcing, Inc., Norman Birmingham, Mario Faraone, and Sweet Challenge, LLC (a/k/a Sweet Challenge, Inc.),<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  16-cv-20542-RNS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sweet Challenge, LLC
c/o Norman J. Birmingham, Registered Agent
7124 Brandywine Way
Columbia, MD 21046
(410) 290-5154 or (517) 643-1680


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edward G. Sullivan and Gregory F. Smolar, Securities and Exchange Commission,
950 E. Paces Ferry Road, NE, Suite 900, Atlanta, GA 30326

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  02/16/2016

Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts