# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 16-CV-20542-RNS

Plaintiff:
**Securities and Exchange Commission**

vs.

Defendant:
**PV Enterprises, Inc.; et al**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier Courier & Process Service to be served on **Virtual Sourcing, Inc., Registered Agent: CorpDirect Agents, 701 S Carson St, Suite 200, Carson City, NV 89701.**

I, Alexandra Snipes, do hereby affirm that on the 19th day of February, 2016 at 2:23 pm, I:

Served Summons & Complaint to Shannae Woody as Authorized Administrator for Registered Agent of Virtual Sourcing, Inc.. Service occurred at Registered Agent: CorpDirect Agents, 701 S Carson St, Suite 200, Carson City, NV 89701.

I certify that I am a natural person over the age of eighteen, not a party to or otherwise interested in the subject matter in controversy, and am authorized to serve process in accordance with the laws of the jurisdiction where service was made.

**Alexandra Snipes**
Process Server

**Cavalier Courier & Process Service**
20 West Market Street
Leesburg, VA 20176
(703) 431-7085

Our Job Serial Number: CAV-2016000794
Ref: ARO-53021

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0z

