## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 16-CV-20542-RNS

Plaintiff:
**Securities and Exchange Commission**

vs.

Defendant:
**PV Enterprises, Inc.; et al**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier Courier & Process Service to be served on **Mario Faraone, 3079 Richards Way Drive, Rock Hill, SC 29732**.

I, John Corcoran, do hereby affirm that on the **20th day of February, 2016** at **10:19 am, I:**

Served Summons & Complaint to Rose Faraone as Mother/Co-resident of Mario Faraone at 3079 Richards Way Drive, Rock Hill, SC 29732, being of suitable age and discretion to accept service in the absence of Mario Faraone. Upon information and belief, 3079 Richards Way Drive, Rock Hill, SC 29732 is the usual place of abode of Mario Faraone.

**Description** of Person Served: Age: ~70, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 150, Hair: Grey, Glasses: N

I certify that I am a natural person over the age of eighteen, not a party to or otherwise interested in the subject matter in controversy, and am authorized to serve process in accordance with the laws of the jurisdiction where service was made.

John Corcoran
Process Server

**Cavalier Courier & Process Service**
**20 West Market Street**
**Leesburg, VA 20176**
**(703) 431-7085**

Our Job Serial Number: CAV-2016000792
Ref: ARO-53019

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0z

