# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 16-CV-20542-RNS

Plaintiff:
**Securities and Exchange Commission**

vs.

Defendant:
**PV Enterprises, Inc.; et al**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier Courier & Process Service to be served on **PV Enterprises, Inc., Registered Agent: Richard T Rodgers, 12440 Angus Drive, Laurinburg, NC 28352.**

I, James Davis, do hereby affirm that on the **23rd day of February, 2016 at 6:20 pm**, I:

Served Summons & Complaint to Richard T Rodgers as Registered Agent of PV Enterprises, Inc.. Service occurred at 12440 Angus Drive, Laurinburg, NC 28352.

I certify that I am a natural person over the age of eighteen, not a party to or otherwise interested in the subject matter in controversy, and am authorized to serve process in accordance with the laws of the jurisdiction where service was made.

James Davis
Process Server

**Cavalier Courier & Process Service**
20 West Market Street
Leesburg, VA 20176
(703) 431-7085

Our Job Serial Number: CAV-2016000791
Ref: ARO-53018

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0z

