## **RETURN OF SERVICE**

### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 16-CV-20542-RNS

Plaintiff:
**Securities and Exchange Commission**

vs.

Defendant:
**PV Enterprises, Inc.; et al**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier Courier & Process Service to be served on **PV Enterprises, Inc. n/k/a Drone Services USA, Inc., Registered Agent: State Agent and Transfer Syndicate, Inc., 112 N Curry St, Carson City, NV 89703.**

I, Dustin Gross, do hereby affirm that on the **29th day of February, 2016 at 11:20 am, I:**

Served Summons & Complaint to Kris Osborne as Authorized Person for Registered Agent of PV Enterprises, Inc. n/k/a Drone Services USA, Inc.. Service occurred at Registered Agent: State Agent and Transfer Syndicate, Inc., 112 N Curry St, Carson City, NV 89703.

I certify that I am a natural person over the age of eighteen, not a party to or otherwise interested in the subject matter in controversy, and am authorized to serve process in accordance with the laws of the jurisdiction where service was made.

Dustin Gross
Process Server

**Cavalier Courier & Process Service
20 West Market Street
Leesburg, VA 20176**
(703) 431-7085

Our Job Serial Number: CAV-2016001041
Ref: ARO-53023

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0z

