## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 16-CV-20542-RNS

Plaintiff:
**Securities and Exchange Commission**

vs.

Defendant:
**PV Enterprises, Inc.; et al**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier Courier & Process Service to be served on **Panagiotis "Peter" Villiotis, 500 Three Islands Blvd, Apt 409, Hallandale Beach, FL 33009.**

I, Michael Meyer, do hereby affirm that on the **8th day of March, 2016 at 3:31 pm, I:**

Served Summons & Complaint to Gabrielle Barbu as Former Girlfriend/Co-resident of Panagiotis "Peter" Villiotis at 500 Three Islands Blvd, Apt 409, Hallandale Beach, FL 33009, being of suitable age and discretion to accept service in the absence of Panagiotis "Peter" Villiotis. Upon information and belief, 500 Three Islands Blvd, Apt 409, Hallandale Beach, FL 33009 is the usual place of abode of Panagiotis "Peter" Villiotis.

**Additional Information pertaining to this Service:**
Ms Barbu initially identified herself as defendant's girlfriend, and then stated that she was in fact his ex-girlfriend. She stated that defendant was currently abroad, but confirmed that when he came "home" he would come to this address. She also stated that she lived with him at the address.

I certify that I am a natural person over the age of eighteen, not a party to or otherwise interested in the subject matter in controversy, and am authorized to serve process in accordance with the laws of the jurisdiction where service was made.

Michael Meyer
Process Server

Cavalier Courier & Process Service
20 West Market Street
Leesburg, VA 20176
(703) 431-7085

Our Job Serial Number: CAV-2016000787
Ref: ARO-53016

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0z

